Opinion issued April 9, 2024



In The

# Court of Appeals

For The

# First District of Texas

———————————

## NO. 01-23-00837-CV

———————————

**TYPHOON WATERPARK OF TEXAS, LLC AND TYPHOON WATERPARK MANAGEMENT, LLC, Appellants**

**V.**

**CHRISTINA POWELL, AS NEXT FRIEND OF D.T., Appellee**

---

**On Appeal from the 164th District Court**
**Harris County, Texas**
**Trial Court Case No. 2018-56745**

---

## MEMORANDUM OPINION

Appellants Typhoon Waterpark of Texas, LLC and Typhoon Waterpark Management, LLC have filed an unopposed motion to dismiss their appeal. Appellants had previously requested abatement of the appeal to permit the parties to effectuate the parties' settlement. The Court granted this motion and abated the

appeal. Because the parties have finalized their settlement, we lift the abatement and reinstate the appeal on the active docket.

We grant the motion to dismiss and order the appeal dismissed. *See* TEX. R. APP. P. 42.1(a). Any other pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Goodman, Landau, and Hightower.